# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                               **Case Number: 5:02-cr-35-Oc-10GRJ**

**DIONSHA TRAVILLO FARMER**

                                                               **USM Number: 43076-018**

                                                               Rick Carey, FPD
                                                               201 SW Second Street, Suite 102
                                                               Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to follow instructions of probation officer in violation of Condition 3 of the Standard Conditions of Supervision | December 12, 2008 |
| 2 | Failure to submit to urinalysis in violation of Condition 7 of the Standard Conditions of Supervision | December 11, 2008 |
| 3 | Association with a person engaged in criminal activity in violation of Condition 9 of the Standard Conditions of Supervision | November, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: December 16, 2009

                                                                **UNITED STATES DISTRICT JUDGE**

                                                               December 31, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED**, with no additional period of supervised release to follow.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal